IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 2:20-CR-23-4  (SCJ) (JCF) |
| | ) | |
| | ) | |
| JUDAH BAILEY | ) | |
| _____ | ) | |

## MOTION TO CONTINUE PRETRIAL CONFERENCE AND REQUEST FOR ADDITIONAL TIME TO FILE PRETRIAL MOTIONS

COMES NOW the Defendant, JUDAH BAILEY, and moves this Honorable Court to continue his pretrial conference and grant him thirty (30) additional days to file pretrial motions.  In support of this request, Defendant shows as follows:

1.

Mr. Bailey and his counsel require additional time to review the discovery and prepare his motions in this case.  Furthermore, several of Mr. Bailey's codefendants are also seeking additional time to file motions.  It will save judicial and government resources to address all the defendants' motions at the same pretrial conference.

2.

The Defendant recognizes and *agrees* that the continuance requested

pursuant to this request serves the best ends of Justice, is in the interest of the

Defendants and the public and is excluded under the Speedy Trial Act, Title 18

U.S.C. § 3161(h).  Counsel for the government consents to this motion.

WHEREBY, JUDAH BAILEY requests that his pretrial conference be

continued and that he be given additional time (30 days) to file his pretrial motions

in this case.

Dated:  This 31st day of July, 2020.

Respectfully submitted,

**s/ *L. Burton Finlayson***
L. BURTON FINLAYSON
Attorney For JUDAH BAILEY
Georgia Bar Number: 261460

LAW OFFICES OF
L. BURTON FINLAYSON
ATTORNEY AT LAW
931 Ponce de Leon Avenue, NE
Atlanta, Georgia 30306
(404) 872-0560
lbfcourts@aol.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing Motion to Continue PTC and Motions' Deadline with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to the following:

> Mr. Greg Radics
> Assistant United States Attorney
> 600 Richard B. Russell Building
> 75 Ted Turner Drive, S. W.
> Atlanta, Georgia  30303

DATED:  This 31st day of July, 2020.

> s/ *L. Burton Finlayson*

> L. BURTON FINLAYSON
> ATTORNEY FOR JUDAH BAILEY
> State Bar Number: 261460

3